# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Kevin Cavooris

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

United States Department of Transportation: Volpe Center

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________________
*(to be filed in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED
IN CLERKS OFFICE
2026 OCT -7 A 11:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kevin Cavooris |
| Street Address | 128 Tower St |
| City and County | Dedham, Norfolk County |
| State and Zip Code | MA 02026 |
| Telephone Number | 631-848-5801 |
| E-mail Address | kcavooris@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | United Stated Department of Transportation |
| Job or Title *(if known)* | |
| Street Address | 220 Binney St |
| City and County | Cambridge, Middlesex County |
| State and Zip Code | MA 02142 |
| Telephone Number | 617-494-2018 |
| E-mail Address *(if known)* | gregg.fleming@dot.gov |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of Civil Rights Act of 1964, 42 USC Section 2000
Merit System Principles, 5 USC Section 2301

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.
Or is incorporated under the laws of *(foreign nation)* ________________,
and has its principal place of business in *(name)* ________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Promotion of Plaintiff to GS13, backdated to July 2024 and step basis increases commensurate with time served in grade
2. Back pay approximately $30,000 payment to Plaintiff, in consideration of difference in wages and bonuses
3. Back pay contributions to benefits
4. Adjustment of 2025 performance rating to Exceeds Expectations
5. Attorney fees approximately $5,000

6. Restoration of work environment, re-assigning Plaintiff to workstation held prior to the events described herein
7. Rescission of letter of reprimand
8. Updated policies and procedures to ensure fair investigations protecting employee rights
9. Letter of apology from Defendant to Plaintiff

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/02/2026

Signature of Plaintiff

Printed Name of Plaintiff Kevin Cavooris

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**III. Statement of Claim**

i. Denied Promotion

1. Plaintiff has been employed by Defendant agency with a record of dedicated service.

2. Prior to the events described herein, Plaintiff applied for a promotion within the agency for which he was fully qualified (circa July 2024).

3. July 2024, Plaintiff was notified that he was denied the promotion. The promotion was instead awarded to a female candidate who possessed comparable or lesser qualifications.

4. Believing the promotion decision was tainted by bias and unfair selection practices, Plaintiff subsequently filed a formal administrative grievance regarding the denial of his promotion.

ii. Retaliatory Investigation and Gender-Biased Scrutiny

5. Immediately following and in direct response to Plaintiff's protected activity of filing a grievance, Defendant agency initiated an internal investigation targeting Plaintiff.

6. The retaliatory investigation was pretextual and designed to unearth derogatory information to discredit Plaintiff and penalize him for challenging management decisions.

7. During the course of this investigation, management and investigators uncovered that Plaintiff (male) and his female coworkers had occasionally engaged in mutual, consensual conversations of a sexual nature.

8. Despite clear evidence (and the findings of the investigation itself) establishing that the female coworkers actively participated in, and in many instances started or initiated, these conversations of a sexual nature, Defendant treated Plaintiff as the sole "instigator."

9. Conversely, Defendant completely excused, absolved, and failed to investigate or reprimand the female coworkers involved in the exact same conversations.

iii. Disparate Discipline and Adverse Employment Actions

10. As a direct result of the gender-biased investigation and in retaliation for his initial grievance, Defendant subjected Plaintiff to severe adverse employment actions, including:

   a. Removal from Facility: Plaintiff was forcibly removed from his regular workplace facility, isolating him professionally.

   b. Performance Review Downgrade: Plaintiff's performance evaluation was artificially downgraded, damaging his career trajectory and earning potential.

   c. Letter of Reprimand: Plaintiff was formally issued a harsh written letter of reprimand to create a pretextual paper trail.

11. Although Plaintiff remains an active employee, his professional reputation has been severely impaired, and he continues to suffer ongoing professional and emotional harm under a hostile work environment created by agency management.

## CERTIFICATE OF SERVICE

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following:

Appellant

Electronic Service — Kevin Cavooris
Served on email address registered with MSPB

Agency Representative

Electronic Service — Brian Howell
Served on email address registered with MSPB

Agency Representative

Electronic Service — Alana Kuhn
Served on email address registered with MSPB

08/10/2026
(Date)

Roy D. Mazique

Roy D. Mazique
Paralegal Specialist